Vega, Peticionario, *v.* Crosas, Juez de Distrito, Demandado.

Solicitud para que se expida un auto de *certiorari* al Juez de la Corte de Distrito de Aguadilla en pleito sobre cobro de pesos.

No. 231.—Resuelto en diciembre 9, 1918.

Apelaciones de la Corte Municipal para Ante la de Distrito—Costas.—Entablada cierta demanda en una corte municipal, el demandado alegó que no aducía hechos suficientes. La corte sostuvo la excepción y concedió al demandante permiso para enmendar. El demandante no presentó enmiendas y se dictó sentencia en su contra. Entonces apeló para ante la corte de dis-

trito y una vez radicado en ella el pleito, pidió que se tuviera al demandado por desistido de su acción por no haber satisfecho los derechos exigidos por la ley, y la corte así lo declaró, decidiéndose el pleito sin la intervención del demandado y sin considerar su excepción. El demandado no había hecho ninguna nueva alegación en la corte de distrito. *Se resolvió:* que la corte erró al proceder de tal modo y se acordó devolver el pleito a la misma para que continuara tramitándolo de acuerdo con la ley.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Alfredo Blasco Pagán.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Angel Vega presentó en esta Corte Suprema una solicitud para que se expediera un auto de *certiorari* contra el Juez de la Corte de Distrito de Aguadilla. El tribunal accedió, se elevaron los autos originales en el pleito de que se trataba y el caso quedó definitivamente sometido a nuestra consideración y resolución.

De un examen de la petición y de los autos, resulta que la mercantil Blanco López y Cía. entabló una demanda en la Corte Municipal de Arecibo contra Angel Vega, en cobro de $192; que Angel Vega, solicitó y obtuvo el traslado del pleito a la Corte Municipal de San Sebastián, lugar de su domicilio; que el dicho demandado Angel Vega alegó que la demanda no aducía hechos suficientes para determinar una causa de acción y su excepción fué declarada con lugar concediéndose al demandante diez días para enmendar su demanda; que transcurrieron dichos diez días y el demandante no enmendó su demanda por cuyo motivo el demandado solicitó y obtuvo de la corte que se dictara sentencia teniendo al dicho demandante por desistido de su acción; que el demandante apeló entonces para ante la corte de distrito, radicándose los autos en dicho tribunal allá por el mes de abril de 1916; que en junio 28 de 1918 el demandante y apelante Blanco López y Cía. presentó una moción a la corte de distrito pidiendo que se tuviera "al demandado Angel Vega, por desistido de su alegación de excepción previa que hizo ante la corte inferior, y en su virtud permitir al demandante probar las alegaciones

hechas en su demanda," porque el dicho demandado no había pagado los derechos correspondientes; y que en efecto la córte de distrito el mismo día 28 de junio último, se negó a tomar en consideración la excepción previa del demandado, oyó la prueba del demandante y dictó sentencia condenando al demandado a pagar al demandante la suma reclamada en la demanda.

A nuestro juicio tiene razón el peticionario Angel Vega. La apelación se interpuso por el demandante y se radicó en la corte de distrito. Copia de las alegaciones hechas en la corte municipal al formular las cuales las partes pagaron los derechos exigidos por la ley (Leyes de 1915, página 46), se encontraba ante el tribunal de apelación. Parece que se había satisfecho por el demandante y apelante la cantidad exigida por entrar el pleito en el calendario y señalarlo para la vista. El demandado y apelado no había formulado ninguna alegación nueva. Siendo ello así, no venía obligado a satisfacer ningún nuevo derecho. La ley no se lo exigía expresamente y en tal virtud no pudo la córte negarse a considerar su alegación tanto más tratándose como se trataba de una excepción previa basada en que la demanda no aducía hechos suficientes para determinar una causa de acción.

Lo expuesto en el caso de *García* v. *Córdova*, 24 D. P. R. 881, debe examinarse en relación con lo que decidimos ahora, a los efectos de fijar el alcance de la jurisprudencia establecida.

La sentencia de 28 de junio de 1918 debe dejarse sin efecto y el pleito devolverse a la corte de distrito para que continúe tramitándolo de acuerdo con la ley.

> *Anulada la sentencia de 28 de junio de 1918 y devuelto el pleito a la corte de distrito para que continúe tramitándolo de acuerdo con la ley.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.